IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 01-30091-001 |
| ALICE BRENTS, | ) |
| Defendant. | ) |

**PAYMENT AGREEMENT**

**I, ALICE BRENTS, agree to pay $100.00** a month until the judgment in this case has been paid which judgment has a present balance of $7,392.89. I understand this balance includes interest which has been accruing at 2.28% since the first day I was liable for interest. If I complete this agreement, the United States will give me a Satisfaction of Judgment. If I miss more than two months payments, this agreement will be void and the United States may begin enforcement of the restitution order. I also agree to provide financial information when requested and inform the Financial Litigation Unit at 217-492-4450 of any increase in income as a result of, but not limited to, gifts, inheritance, lottery, employment, or substantial bonus. I understand that the United States will modify this payment schedule to increase payments if financial circumstances change.

**Payments are to begin December 15, 2004, and continue on the 15th** day of each month thereafter until paid in full or this agreement is modified. Payment should be made payable to the **U.S. District Court** mailed to the address shown on the automated statement, along with the payment coupon, which will be provided by the U.S. Department of Justice.

I will inform the U.S. Attorneys Office in writing within seven days of any change of address or employment. I understand that default of the terms and conditions of this payment agreement will entitle the United States to execute on the judgment without further notice to me.

This Agreement does not waive the right of the United States to offset payments owed to the defendant including Treasury Tax Offsets.

DATE: 11/6/2004                    By:    s/ Alice Brents
                                          ALICE BRENTS, Defendant

DATE: 11/18/2004                   By:    s/ Elizabeth L. Collins
                                          ELIZABETH L. COLLINS Bar No. 487864
                                          Attorney for the Plaintiff, Financial Litigation
                                          United States Attorneys Office
                                          318 S. 6th Street
                                          Springfield IL 62701
                                          Tel: 217/492-4450
                                          Fax: 217/492-4888
                                          Email: Beth.Collins@usdoj.gov

THIS DOCUMENT WAS PREPARED BY THE UNITED STATES ATTORNEY'S OFFICE, ON BEHALF OF THE UNITED STATES OF AMERICA.

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **Payment Agreement** has been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Alice Brents
>611 Wesley
>Springfield, IL 62703

>s/ Elizabeth L. Collins

Date:   November 18, 2004
By:   

>Elizabeth L. Collins Bar No. 487864
>Attorney for Plaintiff, Financial Litigation
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Phone: 217/492-4450
>Fax: 217/492-4888
>email: beth.collins@usdoj.gov